# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SURESH PACKIRISAMY, | : | No. 526 MAL 2021 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BANUPRIYA SURESH, | : | |
| Respondent | : | |
| | | |
| SURESH PACKIRISAMY, | : | No. 527 MAL 2021 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BANUPRIYA SURESH, | : | |
| Respondent | : | |
| | | |
| SURESH PACKIRISAMY, | : | No. 528 MAL 2021 |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| BANUPRIYA SURESH, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 17th day of December, 2021, the Petition for Allowance of Appeal is **DENIED**.